IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16 3218 JAP |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 113(a)(6):  Assault |
| ) | Resulting in Serious Bodily Injury. |
| **TERENCE LUJAN**, ) | |
| ) | |
| Defendant. ) | |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 28 2016
MATTHEW J. DYKMAN
CLERK

# INDICTMENT

The Grand Jury charges:

On or about July 19, 2015, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendant, **TERENCE LUJAN**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
04/03/2016 2:29pm